IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC D. WILLIAMS, | : Civ. No. 1:23-CV-1736 |
| Plaintiff, | : |
| v. | : (Chief Magistrate Judge Bloom) |
| JOHN DOE SCHWARTZ, et al., | : |
| Defendants. | : |

## ORDER

AND NOW, this 13th day of November 2024, in accordance with the accompanying Memorandum Opinion, the defendants' motion for summary judgment (Doc. 27) is GRANTED.

<u>s/ Daryl F. Bloom</u><br>
Daryl F. Bloom<br>
Chief United States Magistrate Judge